## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

WILLIE M. FOLKS, JR.

*(Full name, date of birth, identification #, address of petitioner)*

**Plaintiff,**

v.

ALISON FOOTE, HSA;

KRISTIN CRITES, CNP;
FCI Cumberland, Po Box 1000
Cumberland, MD 21501;
KENNETH POMPILIO, Doctor, all sued
in their individual capacities,
303 Washington St.
Cumberland, MD 21502;
Defendants.

\*

\*

\*

\*

\*

FILED ___ LOGGED ___ ENTERED ___ RECEIVED

MAY 1 9 2023

BY ___ CLERK, U.S. DISTRICT COURT AT BALTIMORE DISTRICT OF MARYLAND

DEPUTY

Case No.:_____
*(Leave blank. To be filled in by Court.)*

**JURY TRIAL DEMANDED**

## COMPLAINT
### FOR MONEY DAMAGES

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐      NO ☒

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county):

_____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES  ☒  NO  ☐

1. If you answered YES:

a. What was the result?  Denied _____

_____

b. Did you appeal?  Yes _____

YES  ☒  NO  ☐

2. If you answered NO to either of the questions above, explain why: _____

_____

_____

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

**FIRST CAUSE OF ACTION:** Mr. Folks has been diagnosed with Stage 3 Chronic

Obstructive Pulmonary Disease (COPD) using the Gold criteria. COPD is a

treatable condition defined by airflow limitation and respiratory symptoms.

_____

(Continued on Separate Sheet)

(Continued Statement of Claim)

Mr. Folks medical records show that throughout 2020, he was maintained on medications for COPD, including Albuteral, Mometasone Furoate inhaler and Tiotropium Bromide (Spiriva). All of these medications decrease inflammation in the lungs as well as dilate airway to improve oxygenation and control COPD symptoms. Mr. Folks had an adverse reaction to Albuterol in June of 2020 and this medication was discontinued. However, when Mr. Folks was diagnosed with a COPD exacerbation in October of 2020, he was treated with and was treated a systemic steroid (Methlprednisone) and Albuterol by the care provider (Crites) and authorized by HSA Foote), in spite of prior documentation of Mr. Folks' prior adverse reaction to the drug. Thus, Mr. Folks wishes to invoke and state that an Eighth Amendment violation of medical mismanagement has occured which Crites and Foots had been delibrately indifference to his serious medical need. (See Exhibit B - Dates, times, and places of injury)

**SECOND CAUSE OF ACTION:** Foote, Crties, and Pompilio are severely delaying medical treatment for Mr. Folks' serious medical need of primary open angle glaucoma, a disease that leads to optic nerve damage, progressive vision loss, and sometimes blindness if left untreated. Mr. Folks has underwent visual field testing at a maximum of once per year while he has been incarcerated. The medical guidelines recommend visual filed testing at least two times per year when diagnosed with glaucoma. In addition, evaluation by an ophthalmologist annually is critical to detect disease progression. Mr Folks has recently been evaluated by an ophthalmolo- gist and requires this level of care at least once a year. Folks glaucoma is poorly managed and he is at significant risk for vision loss because of this. Ms. Foote, Kristin Crites, and Dr. Kenneth Pompilio, are all involved with delaying medical treatment to Mr. Folks serious medical needs. These medical employees, (Foote, Crites and Pompilio), were all aware that Mr. Folks has a serious medial need. Thus, the employees were delibrate indifferent to Folks serious medical need and as a result been delaying the proper treatment for his glaucoma.

**(See Exhibit B - Dates, times, and places of injury)**

1 of 1

IV. Relief

(State briefly what you want the Court to do for you.)

WHEREFORE, Plaintiff respectfully prays that this Court:

A. Declare that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States;

B. Order Defendants to pay compensatory and punitive damages in the amount of $3,000,000.00 each;

C. Order defendants to pay reasonable attorney fees and costs; and

D. Grant other just and equitable relief that this Honorable Court deems necessary.

SIGNED THIS 20Th day of May 2023                    ,            .

Willie M. Folks JR.
Signature of Plaintiff

MR.Willie M. FolKS JR.
Printed Name FCI Cumberland
PO. Box 1000 Cumberland
Maryland 21501
Address

Telephone Number

Email Address